# MAGISTRATE JUDGE MINUTE ORDER

| Field | Value |
|---|---|
| DOCUMENTS UNDER SEAL | |
| TOTAL TIME (mins): 24 minutes | |
| MAGISTRATE JUDGE | Thomas S. Hixson |
| DEPUTY CLERK | Rose Maher |
| REPORTER/FTR | FTR: 11:30-11:41 |
| DATE | 7/29/2019 |
| NEW CASE | ☐ |
| CASE NUMBER | 3:19-71145 TSH |

## APPEARANCES

| Field | Value |
|---|---|
| DEFENDANT | Alexander Gonzalez-Vasquez |
| AGE | 37 |
| CUST | Y |
| P/NP | P |
| ATTORNEY FOR DEFENDANT | Geoffrey Hansen |
| PD. ☐  RET. ☐  APPT. ☐ | |
| U.S. ATTORNEY | Julie Garcia/Shailaka Padipaty |
| INTERPRETER | Spanish: Melinda Basker |
| FIN. AFFT SUBMITTED | ☒ |
| COUNSEL APPT'D | ☒ |
| PROBATION OFFICER | |
| PRETRIAL SERVICES OFFICER | Josh Libby |
| DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ |
| PARTIAL PAYMENT OF CJA FEES | ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

- ☒ INITIAL APPEAR held-complaint
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS / TRIAL SET
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ IA REV PROB. or or S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

## INITIAL APPEARANCE

- ☒ ADVISED OF RIGHTS
- ☒ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

## ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

## RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED   ☐ CASH $   CORPORATE SECURITY ☐   REAL PROPERTY: ☐

- ☒ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

## PLEA

- ☐ CONSENT ENTERED
- ☒ NOT GUILTY
- ☐ GUILTY
- ☐ GUILTY TO COUNTS:
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

## CONTINUANCE

| Field | Value |
|---|---|
| TO: | 8/6/2019 |
| AT: | 10:30 a.m. |
| BEFORE HON. | Thomas S. Hixson |
| ATTY APPT HEARING | ☐ |
| SUBMIT FINAN. AFFIDAVIT | ☐ |
| DETENTION HEARING | ☒ |
| BOND HEARING | ☐ |
| PRELIMINARY HEARING | ☐ |
| ARRAIGNMENT | ☐ |
| STATUS RE: CONSENT | ☐ |
| CHANGE OF PLEA | ☐ |
| MOTIONS | ☐ |
| TRIAL SET | ☐ |
| STATUS | ☐ |
| JUDGMENT & SENTENCING | ☐ |
| TIME WAIVED | ☐ |
| TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ |
| IDENTITY / REMOVAL HEARING | ☐ |
| PRETRIAL CONFERENCE | ☐ |
| PROB/SUP REV. HEARING | ☐ |

## ADDITIONAL PROCEEDINGS

Def's counsel did not ask for PTS report.

DOCUMENT NUMBER: